UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                              :
   OIBEK RAKHIMOV, et al.,                    :
                                              :
                                              :
                         Plaintiffs,          :
                                              :
                  -against-                   :
                                              :
   LANDSTAR INWAY, INC., et al.,              :
                                              :
                         Defendants.          :
                                              :
------------------------------------------------------------- :
                                              X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

1:26-cv-1507-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 23, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 9, 2026.

SO ORDERED.

Dated: February 24, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge