USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/06/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OIBEK RAKHIMOV and BEKSULTAN MAMATYSA UULU,

Plaintiffs,

-against-

LANDSTAR INWAY, INC. and SIGFREDO SANTIAGO, JR.,

Defendants.

26-CV-1507 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during today's status conference, certain deadlines set forth in the Initial Case Management Order (ICMC Order) (Dkt. 17) are EXTENDED as follows:

1. All remaining fact discovery must be completed no later than **December 15, 2026**;
2. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **January 18, 2027**;
3. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **February 15, 2027**;
4. Depositions of experts must be completed no later than **March 8, 2027**; and
5. All discovery must be completed no later than **March 8, 2027**.

No later than **March 1, 2027**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

All other provisions of the ICMC Order remain in effect.

If and when the parties believe that a court-annexed mediation or a judicially supervised settlement conference would be productive, they may request a mediation referral or a settlement

conference by letter to the undersigned Magistrate Judge. Before requesting a judicially supervised settlement conference, the parties may inquire as to the Court's availability by contacting the Courtroom Deputy at 212-805-0228.

Dated: New York, New York
October 6, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**